NEAL R. ANDREWS, Respondent, v. GEORGE H. WILSON and Others, Defendants; KATE OGLESBY, JR., and LEEWOOD OGLESBY, Appellants. (Action No. 2.) — In a judgment creditor's action, order denying appellants' motion to dismiss the complaint on the ground that it does not state facts sufficient to constitute a cause of action affirmed, with ten dollars costs and disbursements. The appellants' time to answer is extended until ten days from the entry of the order hereon. No opinion. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.

WILLIAM H. BISHOP and Others, Appellants, v. JOHN T. BISHOP and Others, Respondents, and Others, Defendants.— Action for partition. Order denying plaintiffs' cross-motion for interlocutory judgment of partition, under sections 1024 and 1025 of the Civil Practice Act, affirmed, with ten dollars costs and disbursements. No opinion. Order granting motion of the defendants Cecelia A. Bishop, John T. Bishop, James G. Bishop and Marie C. Dorsey for an order dismissing the first and second amended complaints and canceling notices of pendency of action, unless the plaintiffs Edward J. Donohue, Joseph P. Donohue and Anna Donohue Kessel, within the time therein limited, shall serve a second amended complaint and comply with other terms therein specified, affirmed, with ten dollars costs and disbursements; such amended complaint to be served and such other terms complied with by the three plaintiffs last mentioned, within ten days from the entry of the order hereon. No opinion. Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ., concur.

ROSE BRENNA and WILLIAM J. BRENNA, Appellants, v. BENJAMIN HULKOWER, Respondent.— In an action to recover damages for personal injuries and for loss of services, judgment entered on the verdict of a jury in favor of the defendant reversed on the law and the facts and a new trial granted, with costs to appellants to abide the event. The testimony of defendant in relation to the prior accident, although hearsay, was admissible. (*Reed* v. *McCord*, 160 N. Y. 330, 341; *Davison* v. *Long Island Home, Ltd.*, 243 App. Div. 791.) Furthermore, the charge of the court was inadequate and the determination is against the weight of the evidence. Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ., concur.

CHARLES C. CLARK, Respondent, v. TITLE GUARANTEE AND TRUST COMPANY, Appellant.— Action for money had and received. Appeal by defendant from a judgment of the County Court of Nassau County, affirming a judgment in favor of the plaintiff against the defendant, rendered by the City Court of Long Beach, after a trial by the court without a jury. Judgment of the County Court of Nassau County reversed on the facts, judgment of the City Court of Long Beach vacated, and a new trial ordered, with costs in all courts to appellant to abide the event. The determination of the trial court in favor of plaintiff is against the overwhelming weight of evidence. Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ., concur.